## 23468. BALL v. THE STATE.

BROYLES, C. J. 1. "The sayings of other persons are admissible against a party when it affirmatively appears that he assented to them by his silence or in some other way." *Drumright* v. *State,* 29 *Ga.* 430 (2); *Williamson* v. *State,* 29 *Ga. App.* 283 (114 S. E. 919); Penal Code (1910), § 1029. Under this ruling and the facts of the instant case, the admission of the evidence set out in special grounds 1 to 5, inclusive, of the motion for a new trial, was not error.

2. "In the trial of an indictment for burglary, where a breaking and larceny have been shown, recent possession of the stolen property by the accused, where such possession is not satisfactorily explained, is a circumstance sufficient to authorize the jury to find that the accused is guilty as charged, but it does not create a presumption of law against the accused, and is not of itself necessarily proof of his guilt." *Gravitt* v. *State,* 114 *Ga.* 841 (40 S. E. 1003, 88 Am. St. R. 63); *Jones* v. *State,* 105 *Ga.* 649, 650 (31 S. E. 574). Under the foregoing ruling and the facts of this case, there is no merit in special grounds 6 and 7 of the motion, complaining, respectively, of the court's refusal to give a certain requested charge, and of an excerpt from the charge.

3. In the light of the facts of the case and the charge as a whole, the excerpts from the charge, set forth in special grounds 8 and 9 of the motion, show no cause for a reversal of the judgment.

4. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 4, 1933.

*I. H. Corbitt,* for plaintiff in error.
*H. C. Morgan, solicitor-general, William Story,* contra.